**UNITED STATES of America,** Plaintiff–Appellee,

v.

**Moises HUIZAR–FLORES, a.k.a. Moises Flores Huizar, a.k.a. Moises Huizar, a.k.a. Moses Huizar, a.k.a. Ranato Huizar, a.k.a. Moises Huizar–Martinez, Defendant–Appellant.**

**No. 14–10012.**

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 30, 2014.*

Filed Feb. 5, 2015.

Mark S. Kokanovich, USPX–Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Florence Bruemmer, Law Offices of Florence M. Bruemmer, PC, Anthem, AZ, for Defendant–Appellant.

Moises Huizar–Flores, Pecos, TX, pro se.

Before: HUG, FARRIS, and CANBY, Circuit Judges.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

### MEMORANDUM **

Moises Huizar–Flores appeals from the district court's judgment and challenges his guilty-plea conviction and 46–month sentence for reentry after deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Huizar–Flores's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Huizar–Flores the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Huizar–Flores has waived his right to appeal his reentry of a removed alien conviction and 46–month sentence. Because the record discloses no arguable issue as to the validity of the appeal waiver, we dismiss the appeal. *See United States v. Watson*, 582 F.3d 974, 986–88 (9th Cir. 2009).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.